**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-C-4138 |
| | ) | |
| v. | ) | Judge George M. Marovich |
| | ) | |
| CAPITAL TAX CORPORATION, et al., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MERVYN DUKATT'S MOTION FOR ENTRY
OF FINAL JUDGMENT PURSUANT TO RULE 54(b)**

Pursuant to Federal Rules of Civil Procedure Rule 54(b), Defendant Mervyn Dukatt ("Dukatt") respectfully moves for an order directing the entry of final judgment dismissing the claims against him, and expressly determining that there is no just reason for delay.

In the Court's April 18, 2012 Memorandum Opinion and Order and Minute Order [Dockets 507 and 506, respectively], the Court dismissed the claims against Dukatt as time-barred. Since discovery is closed and the Court's April 18, 2012 decision disposes of all claims against Dukatt, Dukatt respectfully submits that there is no just reason to delay the entry of a final judgment as to him, and that an order pursuant to Rule 54(b) may now be entered as to him.

WHEREFORE, Defendant Mervyn Dukatt respectfully requests that the Court enter an order directing the entry of final judgment dismissing the claims against him, and expressly determining that there is no just reason for delay.

May 15, 2012

                                                              Respectfully submitted,

                                                              Mervyn Dukatt, by his attorney

                                                              /s/  Mark Erzen

Mark Erzen
Mark D. Erzen, P.C.
321 North Clark Street, Fifth Floor
Chicago, Illinois  60554-4769
Telephone: 773-317-2832
Facsimile:  888-633-7936
Email: Mark.Erzen@ErzenLaw.com

2012-05-15 DUKATT MOTION FOR ENTRY OF FINAL JUDGMENT

# CERTIFICATE OF SERVICE

Mark Erzen, an attorney, hereby certifies that true and correct copies of (1) Defendant Mervyn Dukatt's Motion For Entry Of Final Judgment Pursuant To Rule 54(b) and (2) Notice of Motion were served electronically on all counsel of record, as set forth below, via the ECF system, on May 15, 2012.

/s/     Mark Erzen

# SERVICE LIST

| Plaintiff United States | Defenant Capital Tax Corporation |
|---|---|
| Alison C. McGregor<br>Sumona N. Majumdar<br>alison.mcgregor@usdoj.gov<br>sumona.majumdar@usdoj.gov<br>krystal-rose.perez@usdoj.gov | Michael D. Hayes<br>mhayes@vblhc.com<br>jkoronkiew@vblhc.com<br>sortega@vblhc.com |
| Kurt N. Lindland<br>kurt.lindland@usdoj.gov<br>deneen.ramsey@usdoj.gov<br>usailn.ecfausa@doj.gov | Norman B. Berger<br>nberger@vblhc.com<br>kjensen@vblhc.com |
| Connie Puchalski<br>puchalski.connie@epamail.epa.gov | |